| | |
|---|---|
| 1 | Aaron D. Shipley Nevada Bar No. 8258 |
| 2 | Ryan J. Works Nevada Bar No. 9224<br>MCDONALD CARANO WILSON LLP |
| 3 | 2300 West Sahara Avenue, Suite 1000<br>Las Vegas, NV  89102 |
| 4 | Telephone: (702) 873-4100<br>Facsimile: (702) 873-9966 |
| 5 | ashipley@mcwlaw.com<br>rworks@mcwlaw.com |
| 6 | William R. Maguire (Admitted *Pro Hac Vice*) |
| 7 | Kenneth M. Katz (Admitted *Pro Hac Vice*)<br>Yoshinori M. Sasao (Admitted *Pro Hac Vice*) |
| 8 | HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza |
| 9 | New York, NY 10004-1482<br>Telephone:  (212) 837-6000 |
| 10 | Facsimile:  (212) 422-4726<br>maguire@hugheshubbard.com |
| 11 | katzk@hugheshubbard.com<br>sasao@hugheshubbard.com |
| 12 | *Attorneys for Defendant* |
| 13 | *KPMG International Cooperative* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHENGDATECH LIQUIDATING TRUST,<br><br>             Plaintiff,<br><br>     v.<br><br>HANSEN, BARNETT & MAXWELL, P.C.; BAKER TILLY INTERNATIONAL LIMITED; KPMG INTERNATIONAL COOPERATIVE; and KPMG LLP,<br><br>             Defendants. | Civil Action No. 3:13-cv-00563-RCJ<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that I am an associate of Hughes Hubbard & Reed LLP, and that on the 17th day of December 2013, a true and correct copy of **KPMG INTERNATIONAL COOPERATIVE'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT** was served via U.S. Mail to the following recipients:

Page 1 of 2

1   Baker Tilly International Limited
    25 Farringdon St.
2   London EC4A 4AB, UK 99999

3   Hansen, Barnett & Maxwell, P.C.
    5 Triad Center, Ste. 750
4   55 North 300 West
    Salt Lake City, UT 84180-1128
5
    Jennifer Willis Arledge
6   Wilson Elser Moskowitz Edelman & Dicker
    300 S. Fourth Street
7   11th Floor
    Las Vegas, NV 89101
8

9

10                              */s/ Yoshinori M. Sasao*
                                An Associate of Hughes Hubbard & Reed LLP
11