# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHENGDATECH LIQUIDATING TRUST, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 3:13-cv-00563-RCJ |
| HANSEN, BARNETT, & MAXWELL, P.C. et al., | ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

    Chapter 11 Debtor and Plaintiff Shengdatech Liquidating Trust ("SLT") brought an adversary proceeding in the Bankruptcy Court against Defendants Hansen, Barnett, & Maxwell, P.C. ("HBM"), KPMG LLP ("KMPG US"), Baker Tilly International Limited ("Baker Tilly"), and KPMG International Cooperative ("KMPG IC") for: (1)–(3) professional negligence and malpractice; (4) breach of contract; and (5) fraudulent transfer. The KMPG Defendants asked the Court to withdraw the reference under 28 U.S.C. § 157(d). The Court granted the motion over Plaintiff's objection.

    The Court has approved a settlement between Plaintiff and KMPG Defendants. Currently pending before the Court are a joint motion to amend the Complaint and a joint motion to join a Defendant. No party has objected to either motion, and one of the two remaining Defendants has filed a notice of non-opposition.

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Amend (ECF No. 17) and the Motion to Join (ECF No. 18) are GRANTED.

IT IS FURTHER ORDERED that the motion hearing currently set on Monday, June 2, 2014 is VACATED.

DATED: This 28th day of May, 2014.

_____
ROBERT C. JONES
United States District Judge