# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: SHENGDATECH, INC.,<br><br>  Debtor.<br><br>SHENGDATECH LIQUIDATING TRUST,<br><br>  Plaintiff,<br><br>  vs.<br><br>HANSEN, BARNETT & MAXWELL, P.C., et al.,<br><br>  Defendants. | Case No.:  3:13-cv-00563-RCJ<br><br>Adv. No:   13-ap-05046-BTB<br><br>Bankr. No.: 11-bk-52649-BTB<br><br><br><br>**ORDER** |

This withdrawn adversary proceeding arises out of the alleged professional negligence, breach of contract, and fraudulent conveyance by an auditor for failing to detect the diversion of a corporation's assets and manipulation of its books by its highest officer. The Court recently dismissed the Amended Complaint, with leave to amend in part. Attorney Works has asked to be removed from the electronic service list because his client has been dismissed.

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motion (ECF No. 47) is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall amend the docket to reflect that the case is not closed. The Court gave Plaintiff leave to amend two of the three claims, and no judgment has been entered.

IT IS SO ORDERED.

Dated: This 21st day of October, 2014.

_____
ROBERT C. JONES
United States District Judge